Jeremy R. Alberts, Esq.
jalberts@wwhgd.com
Nevada Bar No. 10497
Daniela LaBounty, Esq.
Nevada Bar No. 13169
*dlabounty@wwhgd.com*
Benjamin S. Robinson, Esq.
Nevada Bar No. 17282
*brobinson@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

John D. Freed, Esq.
(*Pro Hac Vice Forthcoming*)
DAVIS WRIGHT TREMAINE, LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

*Attorneys for Defendant*
*Comenity Capital Bank*

WEINBERG WHEELER HUDGINS GUNN & DIAL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA GONZALEZ,<br><br>Plaintiff,<br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, COMENITY CAPITAL BANK,<br><br>Defendants. | Case No.: 2:26-cv-01989-GMN-MDC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT COMENITY CAPITAL BANK TO RESPOND TO COMPLAINT (LR IA 6-1)**<br><br>Complaint Served: July 9, 2026<br>Current Response Date: July 30, 2026<br>Proposed New Response Date: August 20, 2026 |

Pursuant to Local Civil Rules LR IA 6-1, Plaintiff Vanessa Gonzalez ("Plaintiff") and Defendant Comenity Capital Bank ("Defendant") (together, the "Parties"), by and through their respective attorneys, hereby stipulate to extend the time for Defendant to respond to Plaintiff's Complaint ("Complaint").

/ / /

WHEREAS, Plaintiff filed her Complaint on June 30, 2026, and served Defendant with the Summons and Complaint on July 9, 2026

WHEREAS, Defendant's response to the Complaint is currently due on July 30, 2026.

WHEREAS, the Parties have agreed to a twenty-one (21) day extension (i.e. up to, and including, August 20, 2026, to allow a further investigation of the claims and to further discuss the claims and whether early resolution is possible; and

WHEREAS the Parties agree that the extension is not for purposes of delay;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through the undersigned counsel and pursuant to Local Rule IA 6-1, that the time for Defendant Comenity Capital Bank to file its initial responsive pleading to Plaintiff Vanessa Gonzalez's Complaint will be enlarged by twenty-one (21) days, up to and including August 20, 2026. This date will not alter the date of any event or any deadline already fixed by Court order.

DATED this 29th day of July, 2026.

**CONSUMER JUSTICE**
**LAW FIRM PLC**

*/ s/ Michael Yancy III*
Michael Yancy III (SBN 16158)
myancey@consumerjustice.com
2300 West Sahara Ave, Suite 800
Las Vegas NV 89102

Attorneys for Plaintiff
VANESSA GONZALEZ

DATED this 29th day of July, 2026.

**WEINBERG, WHEELER, HUDGINS,**
**GUNN & DIAL, LLC**

*/s/ Daniela LaBounty*
Daniela LaBounty (SBN 13169)
dlabounty@wwhgd.com
6385 South Rainbow Blvd. Suite 400 Las Vegas, NV 89118

**DAVIS WRIGHT TREMAINE LLP**
John D. Freed *(pro hac vice forthcoming)*
jakefreed@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco CA 94111

Attorneys for Defendant
COMENITY CAPITAL BANK

**ORDER**

IT IS SO ORDERED this 3rd day of August, 2026.

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

WEINBERG WHEELER HUDGINS GUNN & DIAL