GIA N. MARINA, ESQ.
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA GONZALEZ,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, COMENITY CAPITAL BANK<br><br>Defendants. | Case No. 2:26-cv-01989-GMN-MDC<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the **August 19, 2026**. The request was made by Equifax so that it can have

///

///

///

///

///

///

an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 29th day of July 2026.

**CLARK HILL PLLC**

By: /s/Gia N. Marina
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
Tel: (702) 862-8300
Fax: (702) 778-9709
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

***No Opposition***
/s/ Michael Everett Yancey , III
Michael Everett Yancey , III, Esq.
**Consumer Justice Law Firm PLC**
2300 West Sahara Ave, Suite 800
Las Vegas, NV 89102
480-573-9272
Email: myancey@consumerjustice.com
*Attorney for Plaintiff Vanessa Gonzalez*

**ORDER**

IT IS SO ORDERED:

______________________________
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

DATED: August 3, 2026